**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – DAYTON**

| | | |
|---|---|---|
| KONECRANES, INC., | ) | |
| | ) | |
|     Plaintiff/Counter-Defendant. | ) | |
| | ) | |
| v. | ) | Case No. 3:19-cv-128 |
| | ) | |
| MARMON/KEYSTONE CORPORATION, | ) | Judge Thomas M. Rose |
| | ) | |
|     Defendant/Counter-Plaintiff. | ) | |

**STIPULATION WITH ACCOMPANYING ORDER REGARDING
DEFENDANT'S NAME AND THE COURT'S SUBJECT MATTER JURISDICTION**

The parties hereby stipulate and agree to the following:

1. The correct name of the defendant is Marmon/Keystone LLC, which is a Delaware limited liability company. The name of the defendant as alleged in plaintiff's complaint therefore should be changed from "Marmon/Keystone Corporation" to "Marmon/Keystone LLP."

2. The sole member of Marmon/Keystone LLC is Marmon Distribution Services, Inc, which is a Delaware corporation having its principal place of business at Butler, Pennsylvania.

3. The court has subject matter jurisdiction of this case under 28 U.S.C. §1332(a)(1) in that the plaintiff, Konecranes, Inc., is a citizen of the states of Texas and Ohio and the defendant, Marmon/Keystone LLC, is a citizen of the states of Delaware and Pennsylvania.

4. The allegations in plaintiff's complaint shall be deemed amended to conform to this stipulation.

5. The court may by order confirm that is has subject matter jurisdiction of the action and direct the Clerk to change the caption of this case to conform to this stipulation.

| | |
|---|---|
| */s/ Todd A. Brenner*_____ | */s/ John B. Pinney*_____ |
| Todd A. Brenner ( OH Bar No. 0051839) | John B. Pinney (OH Bar No. 001873) |
| Trial Attorney for Plaintiff | Trial Attorney for Defendant |
| Brenner Hubble | GRAYDON HEAD & RITCHEY LLP |
| 555 Metro Place North | 312 Walnut Street, Suite 1800 |
| Suite 225 | Cincinnati, OH 45202 |
| Dublin, Ohio 43017 | Tel: (513) 629-2730 |
| Tel: (614) 799-2222 | Fax: (513) 333-4324 |
| Fax (614) 799-2370 | jpinney@graydon.law |
| todd@brennerhubble.com | |

SO ORDERED this __7th__ day of August, 2019.


   s/Thomas M. Rose
_____

Thomas M. Rose
Senior United States District Judge