# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON


KONECRANES, INC.

Case No. 3:19 CV 128

     Plaintiff,

 -vs-

Judge Thomas M. Rose

MARMON/KEYSTONE CORPORATION


     Defendants

---

## ORDER OF REFERENCE

---

     Pursuant to 28 U.S.C. §636(b)(1)(A), (B), and (C), and §636(b)(3), the above-captioned action is hereby referred to United States Magistrate Judge Sharon L. Ovington, ADR Coordinator.   The Court would request that a mediation be scheduled within the next 30 days.


October 11, 2019                *s/**THOMAS M. ROSE**

                                   _____

                                     Thomas M. Rose
                           United States District Judge