UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

KONECRANES, INC,

    Plaintiff,                                        Case No. 3:19-cv-128

vs.

MARMON/KEYSTONE, LLP,            District Judge Michael J. Newman

---

**ORDER: (1) VACATING THE EXISTING CALENDAR; (2) SETTING A MEDIATION SCHEDULING MEETING WITH INCOMING MAGISTRATE JUDGE PETER SILVAIN ON TUESDAY, MAY 11 AT 2:00 P.M.; AND (3) ORDERING COUNSEL TO MEET IN GOOD FAITH WITH THEIR RESPECTIVE CLIENTS PRIOR TO THE MAY 11 MEETING**

---

      This civil case came before the Court for a status conference on April 28, 2021 at 4:00 p.m. Todd Brenner, John Pinney, Joseph Oehlers, and Thomas Wayne Wright participated. As discussed during the status conference, the Court orders as follows: (1) the current calendar order is **VACATED**; (2) a mediation scheduling meeting will be held with incoming Magistrate Judge Peter Silvain on **Tuesday, May 11 at 2:00 p.m.**; and (3) counsel shall meet in good faith with their respective clients in preparation for the May 11 meeting. Counsel shall call 1-888-278-0296, enter access code 2725364, enter security code 123456, and wait for the Court to join the conference.

      **IT IS SO ORDERED.**

Date:  April 29, 2021                                  s/Michael J. Newman
                                                            Hon. Michael J. Newman
                                                            United States District Judge