UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

KONECRANES, INC.,

    Plaintiff/Counterclaim Defendant,

vs.

MARMON/KEYSTONE, LLC,

    Defendant/Counterclaimant,

vs.

SCHILTZ CRANE, INC.,

    Third-Party Defendant.

Case No. 3:19-cv-00128

District Judge Michael J. Newman
Magistrate Judge Sharon L. Ovington

---

### ORDER: (1) CONDITIONALLY DISMISSING THIS CASE; AND (2) STAYING THIRD-PARTY DEFENDANT SCHILTZ CRANE, INC.'S MOTION TO DISMISS (DOC. NO. 41)

---

The Court, having been advised by U.S. Magistrate Judge Peter B. Silvain that the above-captioned matter has been settled, **IT IS ORDERED** that this action is hereby **DISMISSED**, with prejudice as to all parties, provided that any of the parties may, upon good cause shown within **sixty (60) days**, reopen the action if settlement is not consummated.

Briefing, and a ruling, on Third-Party Defendant Schiltz Crane, Inc.'s motion to dismiss (Doc. No. 41) is **STAYED IN THE INTERIM**.

    **IT IS SO ORDERED.**

June 2, 2021                                                        s/Michael J. Newman
                                                                              Hon. Michael J. Newman
                                                                              United States District Judge